## Case No. 4,471.

### EMORY v. GREENOUGH.

[3 Dall. (3 U. S.) 369.]

Circuit Court, D. Massachusetts.

## Case No. 4,472.

### The EMPIRE.

[1 Ben. 19.][1]

District Court, E. D. New York. Jan., 1866.

[1] [Reported by Robert D. Benedict, Esq., and here reprinted by permission.]

Miller, Peet & Nichols, for the motion.
Mr. Whiting and Mr. Choate, in opposition.

BENEDICT, District Judge. The present motion, if it can be entertained at any time, is at this time premature, inasmuch as the processes issued upon the latter libels have not been returned. When they have been returned, and notice shall have been published in the usual way, the motion may be renewed, but in the present position of the actions, it must be denied.

I think it proper to add for the information of counsel, that in addition to the cases cited, there exists a case bearing upon the question involved, which was decided by Judge Betts. I allude to the case of The Jewess [Case No. 8,412].